UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA POWELL,

    Plaintiff,

v.                                                       Case No. 8:20-cv-2614-KKM-TGW

PRICEWATERHOUSECOOPERS,
LLP,

    Defendant.
_____

## ORDER

The parties notified the Court that the arbitrator issued a final award and dismissed all the claims in this case with prejudice. (Doc. 24.) Accordingly, the Court **dismisses this case without prejudice.** *See* 9 U.S.C. § 3 (authorizing a court to stay a case submitted to binding arbitration "until such arbitration has been had"). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See* FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice.** The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on June 3, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge